NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOHN DOE,                                          )
                                                   )
              Appellant,                           )
                                                   )
v.                                                 )          Case No. 2D17-1798
                                                   )
SALESIANS OF DON BOSCO, d/b/a,                     )
SALESIAN SOCIETY, INC.,                            )
                                                   )
              Appellee.                            )
_____                    )

Opinion filed June 22, 2018.

Appeal from the Circuit Court for
Hillsborough County; Richard A. Nielsen,
Judge.

Richard N. Asfar of Vaka Law Group,
P.L., Tampa, and Joseph H. Saunders of
Saunders & Walker, P.A., Pinellas Park,
for Appellant.

John C. Kelly and Scott M. Weingart of
McCarter & English, LLP, Newark,
New Jersey, and Richard M. Hanchett
of Trenam, Kemker, Scharf, Barkin,
Frye, O'Neill & Mullis, P.A., Tampa, for
Appellee.


PER CURIAM.


              Affirmed.

NORTHCUTT, CRENSHAW, and SLEET, JJ., Concur.